

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2019

No. 04-18-00029-CV

**AUTOBUSES ZAVALA PLUS**,
Appellant

v.

Maria Torres **MARTINEZ**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI02517
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
              Patricia O. Alvarez, Justice
              Liza A. Rodriguez, Justice

Beth Watkins and the Law Office of Beth Watkins d/b/a Watkins Law d/b/a Watkins Appeals PLLC has filed an Agreed Motion to Substitute Counsel, seeking to withdraw from representation of Appellee Maria Torres Martinez and to substitute Shannon K. Dunn and the Law Office of Shannon Dunn, PLLC as lead counsel for Appellee Maria Torres Martinez. The Agreed Motion to Substitute Counsel is GRANTED.

It is ORDERED that Shannon K. Dunn and the Law Office of Shannon Dunn, PLLC are substituted as lead counsel for Appellee Maria Torres Martinez. It is further ORDERED that Beth Watkins, the Law Office of Beth Watkins d/b/a Watkins Law d/b/a Watkins Appeals PLLC, and Stephanie De Sola (a former attorney with the Law Office of Beth Watkins) are withdrawn from representing Appellee Maria Torres Martinez.

The Clerk of this Court is directed to remove the following e-mail addresses from the e-service circulation list in this cause:

Beth@WatkinsAppeals.com,
Beth.Watkins@WatkinsAppeals.com, and
Stephanie@WatkinsAppeals.com.

The Clerk of this Court is further directed to add to the e-service circulation list in this cause the following email address: Shannon@ShannonDunnLaw.com.

It is so ORDERED on January 4, 2019.

PER CURIAM

ATTESTED TO: _____

KEITH E. HOTTLE,
Clerk of Court